IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL MAIER,<br><br>                Plaintiff,<br><br>   v.<br><br>POLICE OFFICER JOHN A. LEHMAN, et al.,<br><br>                Defendant. | CIVIL ACTION<br>NO. 13-6669 |

## ORDER

**AND NOW**, this 15th day of December 2014, upon consideration of Plaintiff Michael Maier's Complaint (Doc. No. 6), Defendant Officer Lehnen's Motion to Dismiss (Doc. No. 25), Defendants PrimeCare Medical, Inc. and Dr. Ken Wloczewski's Motion to Dismiss (Doc. No. 20), and Plaintiff's Response to both Motions (Doc. Nos. 27, 28), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant Officer Lehnen's Motion to Dismiss (Doc. No. 25) is **GRANTED**, and Defendants PrimeCare Medical Inc. and Dr. Ken Wloczewski's Motion to Dismiss (Doc. No. 20) is **GRANTED**. The Clerk of Court is **ORDERED** to close this case for statistical purposes and to deny any outstanding motions as moot.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.